# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

John Martinez
                       Plaintiff,

v.                                      Case No.: 1:23–cv–01741
                                           Honorable Thomas M. Durkin

Reynaldo Guevara, et al.
                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 15, 2023:

      MINUTE entry before the Honorable Sheila M. Finnegan: Magistrate Judge telephone status hearing held on 6/15/2023 and continued to 8/23/2023 at 9:15 a.m. Plaintiff reports he intends to file a motion to substitute Special Representative for the 3 deceased defendants. The Court sets the following discovery schedule: Rule 26(a)(1) disclosures to be exchanged by 7/31/2023; Written discovery to be issued by 8/21/2023; Fact discovery (non–Monell) to be completed by 2/23/2024. For reasons stated on the record, Monell discovery is deferred until further order of Court. The toll–free number for the next hearing is 877–336–1831, access code 5995354. Persons granted remote access to proceedings are reminded of the prohibition against recording and rebroadcasting of court proceedings. Mailed notice (sxw)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.