# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

John Martinez
                      Plaintiff,

v.                                                 Case No.: 1:23−cv−01741
                                                              Honorable Thomas M. Durkin

Reynaldo Guevara, et al.
                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 31, 2023:

      MINUTE entry before the Honorable Thomas M. Durkin: Unopposed motion to appoint Special Representative for Deceased Defendants [67] is granted. The Court appoints Geri Lynn Yanow as special representative for Defendant Halvorsen, deceased, Geri Lynn Yanow as special representative for Defendant Mohan, deceased, and Kevin Rogers as special representative for Defendant Cappitelli, deceased. Mailed notice. (ecw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.