IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JOHN MARTINEZ, | ) ) | |
| *Plaintiff*, | ) ) ) | Case No. 23 C 01741 |
| v. | ) ) ) | Hon. Thomas M. Durkin District Judge |
| REYNALDO GUEVARA, *et al.*, | ) ) ) | **JURY TRIAL DEMANDED** |
| *Defendants*. | ) ) | |

**PLAINTIFF'S MOTION FOR LEAVE TO DEPOSE AN
INCARCERATED WITNESS**

Now comes Plaintiff, John Martinez, by and through his undersigned attorneys, pursuant to Fed. R. Civ. P. 30(a)(2)(B), and respectfully moves this Court for an order granting Plaintiff leave to depose Jose Tinajero, a witness incarcerated at Illinois River Correctional Center. In support of this Motion, Plaintiff states as follows:

1. This lawsuit seeks redress for the injuries suffered by Plaintiff as a result of his wrongful conviction for the 1998 murder of Daniel Garcia. Plaintiff alleges that he spent approximately 22 years in prison for a crime of which he was innocent. Martinez's conviction and sentence were vacated in 2023. Complaint, Dkt. 1, ¶¶ 1-9.

2. Jose Tinajero was Plaintiff's co-defendant in his underlying criminal trial. During an interrogation with the police, Tinajero initially denied any involvement or knowledge about the crime. After Defendant Guevara began interrogating Tinajero, he admitted his involvement in the beating of Mr. Garcia and implicated Plaintiff in the crime. Both

Plaintiff and Tinajero were charged with murder. Plaintiff was exonerated and released from prison in February 2023. Complaint, Dkt. 1, ¶¶ 59-62, 77, 94.

3. Jose Tinajero is currently incarcerated at Illinois River Correctional Center.

4. Pursuant to Federal Rule of Civil Procedure 30(a)(2)(B), Plaintiff seeks leave from this Court to depose Jose Tinajero at Illinois River Correctional Center, on a date mutually agreeable to all parties.

WHEREFORE Plaintiff John Martinez seeks an order from this Court pursuant to Fed. R. Civ. P. 30(a)(2)(B) granting him leave to depose Jose Tinajero at Illinois River Correctional Center.

RESPECTFULLY SUBMITTED,

JOHN MARTINEZ

By: /s/ Annie Prossnitz
One of Plaintiff's Attorneys

Jon Loevy
Steve Art
Anand Swaminathan
Sean Starr
Annie Prossnitz
LOEVY & LOEVY
311 N. Aberdeen St.
Chicago, IL 60607
(312) 243-5900 (phone)
(312) 243-5902 (fax)
prossnitz@loevy.com

**CERTIFICATE OF SERVICE**

I, Annie Prossnitz, an attorney, certify that on August 25, 2023, I filed the foregoing document using the Court's CM/ECF system, which effected service on all counsel of record.

/s/ *Annie Prossnitz*
One of Plaintiff's Attorneys