UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.7.1.1
Eastern Division

John Martinez
                            Plaintiff,

v.                                                     Case No.: 1:23−cv−01741
                                                           Honorable Thomas M. Durkin

Reynaldo Guevara, et al.
                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, December 11, 2023:

      MINUTE entry before the Honorable Sheila M. Finnegan: Plaintiff's motion for entry of a HIPAA Protective Order used in other Guevara cases [96] is granted. Plaintiff's proposed order [96−1] allows Plaintiff 7 days from receipt of mental health records to provide the records to Defendants and/or a log identifying any records withheld based on a claim of privilege. Given the 7−day time limit for Plaintiff to decide whether or not to invoke the privilege, and the Court's ability to rule promptly if privilege is claimed, the procedure in the proposed order is preferred and will not materially delay discovery. Mailed notice (sxw)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.