IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JOHN MARTINEZ, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 23-cv-01741 |
| | ) | |
| v. | ) | Honorable Thomas M. Durkin |
| | ) | |
| REYNALDO GUEVARA, et al., | ) | Honorable Magistrate Sheila M. Finnegan |
| | ) | |
| Defendants. | ) | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE REPLY IN SUPPORT OF
<u>MOTION FOR REASSIGNMENT AND CONSOLIDATION</u>**

Defendants, through their undersigned counsel, respectfully move this Honorable Court for a seven-day extension of time, until June 14, 2024, to file their reply in support of their Motion for Reassignment Based on Relatedness and for Consolidation for Purposes of Discovery and Dispositive Motion Practice (Dkt. 156), and state as follows:

1. On May 7, 2024, Defendants filed their Joint Motion for Reassignment Based on Relatedness and for Consolidation for Purposes of Discovery and Dispositive Motion Practice. (Dkt. 156.)

2. On May 10, 2024, the Court entered the following agreed briefing schedule for Defendants' Joint Motion: Plaintiff's response was due by May 24, 2024; Defendants' reply is due by June 7, 2024. (Dkt. 157.)

3. On May 24, 2024, Plaintiff filed his Response in Opposition to Defendants' Joint Motion. (Dkt. 159.)

4. Defendants now respectfully request that this Honorable Court grant them a seven-day extension of time, until June 14, 2024, to file their reply.

1

5. Due to other professional obligations, Counsel for Defendants Mingey, Vergara, Troche, Cappitelli, Halvorsen, and Mohan ("Officer Defendants") respectfully request more time to prepare the reply. For example, counsel for Officer Defendants are preparing a pretrial order and responses to motions *in limine* and *Daubert* motions in the matter *Amor v. Cross, et al.*, No. 18-cv-02523 (N.D. Ill.), which is set to go to trial before Judge Tharp on July 22, 2024. Additionally, one of the counsel for Officer Defendants (Mr. Grossich) traveled to Miami, Florida, on June 3 and 4, 2024, for the depositions of witnesses in the matter *Cruz v. Guevara, et al.*, No. 23-cv-4268 (N.D. Ill.) (Daniel, J.). Due to these and other professional obligations of Defense counsel, Defendants respectfully request an extension of time to file their reply.

6. This is Defendants' first request for an extension of time to file their reply.

7. This motion is not brought for the purpose of delay and will not cause prejudice to any party.

8. On May 31, 2024, Plaintiff's counsel indicated via email that Plaintiff does not object to this Motion.

WHEREFORE, Defendants respectfully request that this Honorable Court grant Defendants a seven-day extension of time, until June 14, 2024, to file their reply in support of their Motion for Reassignment Based on Relatedness and for Consolidation for Purposes of Discovery and Dispositive Motion Practice.

Dated: June 5, 2024                                 Respectfully submitted,

s/ Austin Rahe                                      /s/ Jeffrey C. Grossich
AUSTIN RAHE, Atty. No. 6317608                      JEFFREY C. GROSSICH, Atty. No. 6316511
*One of the Attorneys for City of Chicago*          *Special Assistant Corporation Counsel for Defendants Vergara, Troche, Mingey, and Special Representatives Yanow and Rogers*

Catherine M. Barber
Eileen E. Rosen                                     James G. Sotos
Andrew J. Grill                                     Josh M. Engquist

Austin G. Rahe
Theresa B. Carney
Jessica Zehner
Lauren M. Ferrise
Rock, Fusco & Connelly
333 West Wacker Drive, 19th Floor
Chicago, IL 60606
P: (312) 494-1000
arahe@rfclaw.com

/s/ Emily Schnidt
EMILY SCHNIDT, Atty No. 6298680
*One of the Attorneys for Guevara*

Steven B. Borkan
Timothy P. Scahill
Graham P. Miller
Emily E. Schnidt
Molly Boekeloo
Whitney Hutchinson
Mischa Itchhaporia
Kathryn E. Boyle
Borkan & Scahill
20 S. Clark Street, Suite 1700
Chicago, IL 60603
P: (312)-580-1030
eschnidt@borkanscahill.com

/s/ Joseph A. Hodal
JOSEPH A. HODAL, Atty No. 6283095
*One of the Attorneys for Cook County*

Kelli Huntsman
Joseph A. Hodal
Cook County State's Attorney's Office
Civil Actions Bureau-Affirmative & Complex Litigation
500 Richard J. Daley Center
50 W. Washington, Room 500
joseph.hodal@cookcountysao.org

Laura M. Ranum
Allison L. Romelfanger
Kyle T. Christie
Maurice C. Hunt
Jeffrey C. Grossich
THE SOTOS LAW FIRM, P.C.
141 W. Jackson Blvd, Suite 1240A
Chicago, IL 60604
P: (630) 735-3300
jgrossich@jsotoslaw.com

/s/Michele J. Braun
MICHELE J. BRAUN, Atty No. 6187398
*One of the Attorneys for Jake Rubenstein*

Kenneth Battle
Michele J. Braun
O'Connor & Battle, LLP
111 W. Jackson Blvd, Suite 1700
Chicago, IL 60604
P: (312) 786-4600
mbraun@mokblaw.com

3

**CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury pursuant to 28 U.S.C.A. § 1746 that the foregoing is true and correct, that on June 5, 2024, I electronically filed the forgoing **Defendant's Opposed Motion for Extension of Time to File Reply in support of Motion for Reassignment and Consolidation** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following CM/ECF participants listed in the below service list.

*Attorneys for Plaintiff Martinez:*
Anand Swaminathan (anand@loevy.com)
Annie D. Prossnitz (prossnitz@loevy.com)
Arthur R. Loevy (arthur@loevy.com)
Jonathan I. Loevy (jon@loevy.com)
Sean Starr (sean@loevy.com)
Steven E. Edwards (steve@loevy.com)
Loevy & Loevy
311 North Aberdeen, 3rd Floor
Chicago, IL 60607
P: (312)243-5900

*Attorneys for Plaintiff Tinajero*
Kenneth N Flaxman (knf@kenlaw.com)
Joel A. Flaxman (jaf@kenlaw.com)
Kenneth N. Flaxman, P.C.
200 S. Michigan Avenue, Suite 201
Chicago, IL 60604-6107
P: (312) 427-3200

*Attorneys for the City of Chicago*
Eileen E. Rosen (erosen@rfclaw.com)
Andrew J. Grill (agrill@rfclaw.com)
Austin G. Rahe (arahe@rfclaw.com)
Catherine M. Barber (cbarber@rfclaw.com)
Jessica Zehner (jzehner@rfclaw.com)
Lauren M. Ferrise (lferrise@rfclaw.com)
Theresa B. Carney (tcarney@rfclaw.com)
Rock, Fusco & Connelly
333 West Wacker Drive, 19th Floor
Chicago, IL 60606
P: (312) 494-1000

*Attorneys for Reynaldo Guevara*
Steven B. Borkan (Sborkan@borkanscahill.com)
Timothy P. Scahill (tscahill@borkanscahill.com)
Graham P. Miller (gmiller@borkanscahill.com)

Emily E. Schnidt (eschnidt@borkanscahill.com)
Molly Boekeloo (mboekeloo@borkanscahill.com)
Whitney Hutchinson (whutchinson@borkanscahill.com)
Mischa Itchhaporia (mitchhaporia@borkanscahill.com)
Kathryn E. Boyle (kboyle@borkanscahill.com)
Borkan & Scahill
20 S. Clark Street, Suite 1700
Chicago, IL 60603
P: (312)-580-1030

*Attorneys for Cook County*
Kelli Huntsman (kelli.huntsman@cookcountyil.gov)
Joseph A. Hodal (joseph.hodal@cookcountysao.org)
Cook County State's Attorney's Office
Civil Actions Bureau-Affirmative & Complex Litigation
500 Richard J. Daley Center
50 W. Washington, Room 500
Chicago, IL 60602
P: (312)-603-3151

*Attorneys for Jake Rubenstein:*
Kenneth M. Battle (kbattle@mokblaw.com)
Michele J. Braun (mbraun@mokblaw.com)
O'Connor & Battle, LLP
111 W. Jackson Blvd, Suite 1700
Chicago, IL 60604
P: (312) 786-4600

/s/ Jeffrey C. Grossich
JEFFREY C. GROSSICH, Atty. No. 6316511