IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JOHN MARTINEZ, | ) | |
| | ) | |
| | ) | Case No. 23 C 01741 |
| *Plaintiff*, | ) | |
| | ) | Hon. Thomas M. Durkin |
| v. | ) | District Judge |
| | ) | |
| REYNALDO GUEVARA, *et al.*, | ) | Hon. Sheila M. Finnegan |
| | ) | Magistrate Judge |
| *Defendants*. | ) | |
| | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| | ) | |

## NOTICE OF WITHDRAWAL OF PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION FOR REASSIGNMENT BASED ON RELATEDNESS AND FOR CONSOLIDATION

On May 24, 2024, Plaintiff John Martinez, by and through his undersigned attorneys, filed a Response in Opposition to Defendants' Motion for Reassignment Based on Relatedness and for Consolidation with *Jose Tinajero v. City of Chicago, et al.*, No. 24-cv-01598 (N.D. Ill.). *See* Dkt. 159. Plaintiff now files this Notice to inform the Court that he is withdrawing his previously filed Response in Opposition to Defendants' Motion for Reassignment.

Dated: June 5, 2024                                            Respectfully submitted,


                                                               /s/ Annie Prossnitz
                                                               *Counsel for Plaintiff*

                                                               Jon Loevy
                                                               Anand Swaminathan
                                                               Steven Art
                                                               Sean Starr

Annie Prossnitz
LOEVY & LOEVY
311 N. Aberdeen
Chicago, Illinois 60607
(312) 243-5900
prossnitz@loevy.com

## CERTIFICATE OF SERVICE

    I, Annie Prossnitz, an attorney, hereby certify that on June 5, 2024, I caused the foregoing Notice Withdrawing Plaintiff's Response in Opposition to Defendants' Motion for Reassignment to be filed using the Court's CM/ECF system, which effected service on all counsel of record.

                                                               /s/ Annie Prossnitz
                                                              *One of Plaintiff's Attorneys*