UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

John Martinez
                         Plaintiff,

v.                                                   Case No.: 1:23−cv−01741
                                                               Honorable Thomas M. Durkin

Reynaldo Guevara, et al.
                         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, June 7, 2024:

      MINUTE entry before the Honorable Thomas M. Durkin: Pursuant to Local Rule 40.4, the Court finds that Martinez v. Guevara, et al., No. 23−cv−1741 is related to Tinajero v. City of Chicago et al., No. 24−cv−1598, and that No. 24−cv−1598 should be reassigned. See N.D. Ill. L.R. 40. Pursuant to Local Rule 40.4(d), a copy of this order "will be forwarded to the Executive Committee together with a request that the Committee reassign the higher−numbered case." The Court further finds that these cases share a "common question of law or fact" as required for consolidation under Federal Rule of Civil Procedure 42(a). The cases arise from the same Chicago Police investigation into the same 1998 murder. Martinez and Tinajero allege that they were framed by the same Chicago Police Officers and their respective complaints name overlapping defendants, overlapping potential witnesses, and overlapping causes of action. The Court has conferred with Judge Kness who currently presides over No. 24−cv−1598 and Judge Kness agrees that No. 24−cv−1598 should be reassigned to this Court. If reassigned, the cases will therefore be consolidated for all pretrial proceedings including dispositive motions and discovery. The Court will reserve its decision regarding consolidation for trial. Mailed notice. (ecw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.