**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.7.1.1**
**Eastern Division**

John Martinez
                                        Plaintiff,

v.                                                       Case No.: 1:23−cv−01741
                                                                                     Honorable Thomas M. Durkin

Reynaldo Guevara, et al.
                                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, August 15, 2024:

      MINUTE entry before the Honorable Sheila M. Finnegan. Defendant Officers' Motion to Compel the Cook County State's Attorney's Office to Comply with Records Subpoena [177] is taken under advisement. By agreement, the Cook County State's Attorney's Office response is due by 9/4/2024 and Defendant Officers' reply is due by 9/18/2024. Mailed notice (sxw)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.