# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
### Eastern Division

John Martinez

                         Plaintiff,

v.                                    Case No.: 1:23–cv–01741
                                         Honorable Georgia N Alexakis

Reynaldo Guevara, et al.

                         Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, November 13, 2024:

       MINUTE entry before the Honorable Sheila M. Finnegan. Magistrate Judge telephone status hearing held on 11/13/2024 and continued to 1/22/2025 at 10:00 a.m. by video. The parties expect to complete six party depositions between 11/14/2024 and 1/14/2025. The Court posed questions regarding one aspect of Defendant Officers' motion to compel CCSAO to comply with Records Subpoena [177], namely, the request for Plaintiffs' Presentence Investigation Reports ("PSI"s). CCSAO counsel handling the subpoena is to email the PSIs to the Court for in camera review by 11/14/2024. They should be sent to chambers_finnegan@ilnd.uscourts.gov. The Court denied Plaintiff Tinajero's renewed motion to order the CCSAO to appear at a settlement conference. CCSAO counsel reported that the Tinajero case is still under review for possible settlement but the process has been delayed due to the CCSAO going through an administrative change. The parties are to appear at the video hearing by accessing the following hyper link: https://us–courts.webex.com/meet/scott_white. Parties that do not have access to a device with video capability and who intend to speak at the hearing must notify the courtroom deputy in advance and request the Court's permission to appear telephonically. Individuals may also listen via teleconference: the number is 1–650–479–3207; Access:23166424339. Those not speaking during the hearing must mute themselves. Audio recording of the hearing is not permitted; violations of this prohibition may result in sanctions. Mailed notice (sxw)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.