**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| THOMAS KELLY, | ) ) ) | |
| *Plaintiff*, | ) ) | Case No. 24 C 05354 |
| | ) ) | Hon. Judge Georgia N. Alexakis |
| v. | ) ) | District Judge |
| REYNALDO GUEVARA, *et al.*, | ) ) | Hon. Laura K. McNally |
| | ) | Magistrate Judge |
| *Defendants*. | ) ) ) ) | |
| JOSE TINAJERO, | ) ) ) | |
| *Plaintiff*, | ) ) | Case No. 24 C 01598 |
| | ) ) | Hon. Judge Georgia N. Alexakis |
| v. | ) ) | District Judge |
| REYNALDO GUEVARA, *et al.*, | ) ) | Hon. Laura K. McNally |
| | ) | Magistrate Judge |
| *Defendants*. | ) ) ) ) | |
| JOHN MARTINEZ, | ) ) ) | |
| *Plaintiff*, | ) ) | Case No. 23 C 01741 |
| | ) ) | Hon. Judge Georgia N. Alexakis |
| v. | ) ) | District Judge |
| REYNALDO GUEVARA, *et al.*, | ) ) | Hon. Laura K. McNally |
| | ) | Magistrate Judge |
| *Defendants*. | ) ) ) ) | |

**JOINT STATUS REPORT**

The parties, by their respective undersigned counsel, and pursuant to this Court's January 6, 2025 Minute Entry (Dkt. 216) respectfully submit the following joint status report for the three above-captioned cases:

**1.    Progress of Discovery**

The current fact discovery deadline in these cases is March 31, 2025. Dkt. 197.

**Written Discovery:** On January 10, counsel for Plaintiffs Martinez and Kelly provided notice of their intent to subpoena the Cook County State's Attorney's Office regarding any payments to third-party witnesses. All defendants responded to plaintiff Tinajero's written discovery requests within the last week. Plaintiff Tinajero is reviewing the responses.

Defendants are still securing full compliance from the Illinois Department of Corrections over their subpoena request for Plaintiffs' call logs and pan lists. Defendants do not anticipate litigation will be required to compel compliance. Upon receipt of these records, Defendants anticipate issuing a subsequent subpoena to IDOC for a specified set of Plaintiffs' phone call recordings. Based on experience, the subpoena request to obtain Plaintiffs' phone recordings may require litigation between the parties.

**Oral Discovery:** Since the September 26, 2024 status report, the Parties have taken the depositions of Defendant Vergara, Defendant Troche, and Jeremy Martinez. Depositions have been noticed and served for the following dates:

a. January 31: John DeLeon

b. February 3: Ada Rivera

c. February 5: Leslie Tinajero and Darlene Solis

d. February 6: Plaintiff Thomas Kelly

  e. February 7: Jesus Fuentes

  f. February 11: Plaintiff John Martinez

  g. February 12: Melloney Parker

  h. February 17: Lawrence Sommers

  i. February 20: Brian Suth

  j. March 5: Angel Serrano

Plaintiffs have also served Judge Melissa Durkin and are working with her attorneys to schedule a date for her deposition. Plaintiffs have requested and are awaiting a date for Officer Jon Woodall's deposition. Plaintiffs have sent out a Notice of Deposition for the depositions of Detective D. Jacobs, and Officer S. Wilson and will work with Defendants to schedule dates.

Plaintiffs have been conferring with the City regarding the 30(b)(6) deposition across all of counsel's current cases in which Detective Guevara is a defendant. The Parties have made progress in designating testimony from prior Guevara cases for topics Plaintiffs have requested in these cases and will continue to confer.

Defendants have served court reporter Joseph Szybist and are working with him to schedule a date for his deposition. Defendants have requested and are awaiting dates in February and March to depose Plaintiff Martinez's damages/alibi witnesses, including Elizabeth Feliciano, and Plaintiff Kelly's damages witnesses Shannon DeJesus, Roxanne Kelly, and Sonia Rosadao.

**3.** **Settlement**

  a. Defendant Cook County and Plaintiff Tinajero reported the following about settlement in a status reported filed with Judge Alexakis on January 10, 2025 (ECF No. 110 in 24-cv-1598): Defendant Cook County responded to Plaintiff Tinajero's settlement demand on January 6, 2025. Plaintiff Tinajero responded on January 8, 2025. Plaintiff Tinajero proposed

3

that Cook County further respond on or before January 22, 2025. Plaintiff also requests a referral to the assigned magistrate judge to assist with settlement negotiations. Defendant Cook County does not agree to respond by a certain date to Plaintiff's January 8th response but acknowledges receipt and is reviewing it. Defendant Cook County does not believe a settlement conference will be fruitful at this time.

      b.      No other party requests a settlement conference at this time.

RESPECTFULLY SUBMITTED,

| /s/ Annie Prossnitz | /s/ Kyle T. Christie |
|---|---|
| *Counsel for Plaintiff Martinez and Plaintiff Kelly* | *Special Assistant Corporation Counsel for Defendants Vergara, Troche, Mingey, and Special Representatives Yanow and Rogers* |
| Jon Loevy | James G. Sotos |
| Anand Swaminathan | Josh M. Engquist |
| Steven Art | Laura M. Ranum |
| Sean Starr | Allison L. Romelfanger |
| Annie Prossnitz | Kyle T. Christie |
| LOEVY & LOEVY | Maurice C. Hunt |
| 311 N. Aberdeen | Jeffrey C. Grossich |
| Chicago, Illinois 60607 | THE SOTOS LAW FIRM, P.C. |
| (312) 243-5900 | 141 W. Jackson Blvd., Suite 1240A |
| prossnitz@loevy.com | Chicago, IL 60604 |
| | P: (630) 735-3300 |

| /s/ Joel Flaxman | /s/ Eileen E. Rosen |
|---|---|
| *Counsel for Plaintiff Tinajero* | *Counsel for the City of Chicago* |
| Joel Flaxman | Eileen E. Rosen |
| Kenneth Flaxman | Catherine M. Barber |
| Law Offices of Kenneth N. Flaxman | Theresa B. Carney |
| 200 S. Michigan Ave., Ste 201 | Austin G. Rahe |
| Chicago, IL 60604 | Lauren Ferrise |
| (312) 427-3200 | Jessica Zehner |
| | Andrew J. Grill |
| | Special Assistant Corporation Counsel |
| | Rock Fusco & Connelly, LLC |
| | 333 W. Wacker, 19th Floor |
| | Chicago, Illinois 60606 |
| | (312) 494-1000 |
| | erosen@rfclaw.com |

4

/s/ Molly Boekeloo
*One of the Attorneys for Defendant Guevara*

Steven B. Borkan
Timothy P. Scahill
Graham P. Miller
Emily E. Schnidt
Molly Boekeloo
Whitney Hutchinson
Borkan & Scahill
20 S. Clark Street, Suite 1700
Chicago, IL 60603
P: (312) 580-1030

/s/ Michele J. Braun
*One of the Attorneys for Jake Rubinstein*

Kenneth Battle
Michele J. Braun
Christopher Sloss
O'Connor & Battle, LLP
111 W. Jackson Blvd, Suite 1700
Chicago, IL 60604
P: (312) 786-4600

/s/ Kelli Huntsman
*One of the Attorneys for Cook County*

Kelli Huntsman
Cook County State's Attorney's Office
Civil Actions Bureau – Affirmative & Complex Litigation
500 Richard Daley Center 50 W. Washington, Room 500
Kelli.hutsman@cookcountysao.org

5

Case: 1:23-cv-01741 Document #: 217 Filed: 01/17/25 Page 6 of 7 PageID #:3660

6

## **CERTIFICATE OF SERVICE**

      I, Annie Prossnitz, an attorney, certify that on January 17, 2025, I filed the foregoing JOINT STATUS REPORT using the Court's CM/ECF system, which effected service on all counsel of record.

                                              /s/ Annie Prossnitz
                                              *One of Plaintiff's Attorneys*