# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

John Martinez
                                 Plaintiff,

v.                                                                  Case No.: 1:23−cv−01741
                                                                           Honorable Georgia N Alexakis

Reynaldo Guevara, et al.
                                 Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 1, 2025:

      MINUTE entry before the Honorable Georgia N Alexakis: Via email correspondence with the Courtroom Deputy, the City Defendants have informed the Court that they do not oppose plaintiff's motion to withdraw his motion for a finding of a good−faith settlement between plaintiff and the County Defendants. Plaintiff's motion to withdraw [236] is granted. Plaintiff's motion for a finding of a good−faith settlement [198] is dismissed as moot. (ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.