**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| JOHN MARTINEZ, | ) | |
| | ) | Case No. 23 C 01741 |
| *Plaintiff*, | ) | |
| | ) | Hon. Judge Georgia N. Alexakis |
| *v.* | ) | District Judge |
| | ) | |
| REYNALDO GUEVARA, *et al.*, | ) | Hon. Laura K. McNally |
| | ) | Magistrate Judge |
| *Defendants*. | ) | |

| | | |
|---|---|---|
| JOSE TINAJERO, | ) | |
| | ) | Case No. 24 C 01598 |
| *Plaintiff*, | ) | |
| | ) | Hon. Judge Georgia N. Alexakis |
| *v.* | ) | District Judge |
| | ) | |
| REYNALDO GUEVARA, *et al.*, | ) | Hon. Laura K. McNally |
| | ) | Magistrate Judge |
| *Defendants*. | ) | |

| | | |
|---|---|---|
| THOMAS KELLY | ) | |
| | ) | Case No. 24 C 05354 |
| *Plaintiff*, | ) | |
| | ) | Hon. Judge Georgia N. Alexakis |
| *v.* | ) | District Judge |
| | ) | |
| REYNALDO GUEVARA, *et al.*, | ) | Hon. Laura K. McNally |
| | ) | Magistrate Judge |
| *Defendants*. | ) | |

**<u>NOTICE OF MELLONEY PARKER'S NON-APPEARANCE</u>**

Plaintiffs Thomas Kelly, Jose Tinajero, and John Martinez, by their respective attorneys, respectfully submit this notice to inform the Court that third-party witness Melloney Parker did not appear at her deposition on June 3, 2025:

1. On May 12, 2025, Plaintiffs moved for a rule to show cause and writ of body attachment after Melloney Parker failed to attend her deposition in this case. Dkt. 242.

2. The Court granted the motion, ordered Ms. Parker to comply with Plaintiffs' deposition subpoena , set a show cause hearing for June 20, 2025, and ordered Plaintiffs to personally serve a new deposition subpoena and the Court's orders on Ms. Parker by May 23, 2025. Dkt. 245.

3. Plaintiffs followed the Court's instructions, serving Ms. Parker on May 22, 2025; Plaintiffs filed proof of service on the docket. Dkt. 250.

4. Plaintiff's new subpoena was for June 3, 2025. Dkt 250.

5. Ms. Parker did not appear for her deposition on June 3, 2025.

6. Exhibit A (Transcript + Exhibit).

Dated: June 4, 2025                                              RESPECTFULLY SUBMITTED,

/s/ Steve Art                                                    /s/ Joel Flaxman
*Counsel for Plaintiffs Martinez & Kelly*                        *Counsel for Plaintiff Tinajero*

Arthur Loevy                                                     Joel Flaxman
Jon Loevy                                                        Kenneth Flaxman
Anand Swaminathan                                                Law Offices of Kenneth N. Flaxman
Steven Art                                                       200 S. Michigan Ave., Ste 201
Sean Starr                                                       Chicago, IL 60604
Alexandra Woflson                                                (312) 427-3200
LOEVY & LOEVY
311 N Aberdeen
Chicago, Illinois 60607
(312) 243-5900
steve@loevy.com