**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| JOHN MARTINEZ, | ) | |
| | ) | Case No. 23-CV-01741 |
| Plaintiff, | ) | |
| | ) | Honorable Judge Alexakis |
| v. | ) | Magistrate Judge McNally |
| | ) | |
| REYNALDO GUEVARA, et. al., | ) | |
| | ) | |
| Defendants. | ) | JURY TRIAL DEMANDED |

**MOTION TO WITHDRAW APPEARANCE OF ALLISON L. ROMELFANGER**

James G. Sotos, an attorney of The Sotos Law Firm, P.C., hereby moves to withdraw the appearance of Allison L. Romelfanger as counsel for Defendants Hector Vergara, Ed Mingey, Randy Troche, Geri Lynn Yanow as Special Representative for Defendant Ernest Halvorsen, deceased, and Defendant Joesph Mohan, deceased, and Kevin Rogers, as Special Representative for Defendant Francis Cappitelli, deceased ("Individual Officer Defendants")in the present matter. In support of this motion, the undersigned states:

1.      As of March 20, 2026, Allison L. Romelfanger is no longer employed with The Sotos Law Firm, P.C., the firm representing Individual Officer Defendants in this matter.

2.      James G. Sotos, Josh M. Engquist, Caroline P. Golden, Laura M. Ranum, Kyle T. Christie and Jeffrey C. Grossich will remain as counsel for Individual Officer Defendants.

WHEREFORE, Individual Officer Defendants respectfully request that this Honorable Court enter an order permitting the withdrawal of Allison L. Romelfanger's appearance as counsel in this matter.

Dated: March 24, 2026

Respectfully submitted,

/s/ James G. Sotos
JAMES G. SOTOS, Attorney No. 6191975
Special Assistant Corporation Counsel
*One of the Attorneys for Lake County*
*and Vernon Hills Defendants*

James G. Sotos
Laura M. Ranum
Josh M. Engquist
Caroline P. Golden
Kyle T. Christie
Jeffrey C. Grossich
THE SOTOS LAW FIRM, P.C.
141 W. Jackson Blvd., #1240A
Chicago, IL 60604
(630) 735-3300
jsotos@jsotoslaw.com

2