**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| JOHN MARTINEZ, | |
| Plaintiff, | |
| | No. 23 CV 1741 |
| v. | |
| | Judge Georgia N. Alexakis |
| REYNALDO GUEVARA, et al., | |
| Defendants. | |
| JOSE TINAJERO, | |
| Plaintiff, | |
| | No. 24 CV 1598 |
| v. | |
| | Judge Georgia N. Alexakis |
| CITY OF CHICAGO, et al., | |
| Defendants. | |
| THOMAS KELLY, | |
| Plaintiff, | |
| | No. 24 CV 5354 |
| v. | |
| | Judge Georgia N. Alexakis |
| REYNALDO GUEVARA, et al., | |
| Defendants. | |

**CASE MANAGEMENT ORDER**

Having reviewed the parties' joint status report [312],[1] the Court enters this Case Management Order:

---

[1] Docket numbers refer to the docket in *Martinez v. Guevara*, 23 CV 1741.

### I.   Summary Judgment Briefs

Defendants' motions for summary judgment are due on August 14, 2026. The Court anticipates that three motions for summary judgment will be filed—one motion from each of the following three subsets of Defendants: (1) Guevara, (2) all other Individual Officers, and (3) the City of Chicago. Each motion will pertain to claims brought by each Plaintiff in the above-captioned cases. In other words, and by way of example, Defendant Guevara will not file a separate motion for summary judgment in *Martinez*, *Tinajero*, and *Kelly*. Instead, Defendant Guevara will file a single motion for summary judgment addressing claims brought in *Martinez*, *Tinajero*, and *Kelly*. Memoranda in support of motions for summary judgment are limited to 40 pages each.

Plaintiffs' responses are due September 25, 2026. Plaintiffs will file one response per motion for summary judgment. In other words, and by way of example, Plaintiff Martinez, Plaintiff Tinajero, and Plaintiff Kelly will not each file a response to Defendant Guevara's motion for summary judgment. Rather, Plaintiffs Martinez, Tinajero, and Kelly will file a single response to Defendant Guevara's motion for summary judgment. Each memorandum in opposition to a motion for summary judgment is limited to 40 pages.

Defendants' replies are due October 16, 2026. Reply briefs are limited to 20 pages each. The Court expects three reply briefs: one per motion for summary judgment.

The parties' claims, theories, and motions are limited as agreed upon and described in the parties' joint status report. [312] ¶ 10.

### II.   Local Rule 56.1 Filings

The parties will submit statements of fact in accordance with Local Rule 56.1. (Upon further reflection, the Court has elected not to employ an alternative approach.)

Each subset of Defendants may submit 80 statements of material fact.

In response, Plaintiffs collectively may submit 60 statements of additional material fact per subset of Defendants.

The parties are advised that the Court will strictly enforce Local Rule 56.1.

### III.   Trial

The Court provisionally consolidates the three cases for trial, although it

maintains the right to proceed with separate trials following resolution of the motions for summary judgment.

A consolidated jury trial will begin on July 12, 2027. The Court will reserve four weeks for trial, with the expectation that the parties will efficiently present their evidence.

Motions in limine are due May 11, 2027; responses to motions in limine are due May 25, 2027; and the proposed pretrial order is due May 25, 2027. The parties must review the Court's trial-related standing orders and familiarize themselves with the Court's requirements for the proposed pretrial order.

Objected-to exhibits must be submitted to the Court by June 4, 2027. All exhibits must be submitted to the Court by June 8, 2027.

A pretrial conference is set for June 14, 2027, at 12 p.m.

### IV.    Dismissal of Parties

As indicated in the status report, [312] ¶ 10(d), Plaintiffs are instructed to dismiss Defendants Cappitelli and Vergara by July 10, 2026.

### V.    Settlement

The parties are directed to submit a status report communicating the status of any settlement discussions to the Court by August 4, 2026.

ENTER:

Date: 7/1/2026

_____
Georgia N. Alexakis
U.S. District Judge

3